United States District Court
For The Eastern District of Michigan
(Northern Division)

| | |
|---|---|
| DAMARLIN M. BEAVERS<br>Petitioner<br><br>V.S<br><br>United States of America | Criminal Case Number No: 16-<br>-CR-20677 |

"Motion for Extention Of Time"

Come Now the Petitioner Damarlin Beavers into the Honorable Courts, asking this Honorable Court for an Extention of time.

The Courts Sent the response to Petitioner Damarlin Beavers. and it's Post mark Date Reads November 17, 2021, But Petitioner received it on November 22, 2021. Petitioner Beavers is seeking an Extention of time, In order to file A 59(e) or At least a Response to the District Court.

December, 2, 2021

Respectfully Submitted
/S/ Damarlin Brawn



FCI Gilmer, P.O. Box 5000, Glenville, WV 26351

Date 12/3/2021

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."